IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN SMITH, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) CIVIL ACTION NO: |
| CHICAGO BRIDGE & IRON COMPANY, N.V., CHICAGO BRIDGE & IRON COMPANY (DELAWARE), AND BETH BAILEY, | ) 4:16-CV-01089 |
| | ) |
| DEFENDANTS. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all matters in dispute between them having been resolved, Plaintiff Sean Smith and Defendants Chicago Bridge & Iron Company N.V., Chicago Bridge & Iron Company (Delaware) and Beth Bailey hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| *s/ Michael A. Starzyk*<br>Michael A. Starzyk<br>Texas Bar No. 00788461<br>mstarzyk@starzyklaw.com<br>Megan M. Mitchell<br>Texas Bar No. 24073504<br>mmitchell@starzyklaw.com<br>STARZYK & ASSOCIATES, P.C<br>10200 Grogan's Mill Road, Suite 300<br>The Woodlands, Texas 77380<br>Telephone: (281) 364-7261<br>Facsimile: (281) 364-7533<br><br>**COUNSEL FOR PLAINTIFF** | *s/ Margaret H. Campbell*<br>Jeffrey C. Londa<br>Texas Bar No. 12512400<br>jeffrey.londa@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>One Allen Center<br>500 Dallas, Suite 3000<br>Houston, Texas 77002<br>Telephone: (713) 655-0855<br>Facsimile: (713) 655-0020<br><br>Margaret H. Campbell<br>Georgia Bar No. 105978 (*pro hac vice*)<br>margaret.campbell@ogletreedeakins.com<br>Jaclyn R. Lee<br>Georgia Bar No. 419196 (*pro hac vice*)<br>jaclyn.lee@ogletreedeakins.com |

| | |
|---|---|
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>191 Peachtree St., N.E., Suite 4800<br>Atlanta, Georgia 30303<br>Telephone: (404) 881-1300<br>Facsimile:  (404) 870-1732<br><br>**COUNSEL FOR DEFENDANTS** |