United States District Court
Southern District of Texas
**ENTERED**
July 28, 2017
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SEAN SMITH, | § |
| | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:16-CV-1089 |
| | § |
| CHICAGO BRIDGE & IRON COMPANY, N.V., *et al*, | § |
| | § |
| Defendants. | § |

### CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represent to the Court, within sixty (60) days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 28th day of July, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE